UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 08-20057-CIV-KING/GARBER

MICHELLE JEAN and
NAZILIA PIERRE, and other similarly-situated individuals,

    Plaintiffs,

vs.

SONESTA HOTELS OF FLORIDA, INC.
d/b/a TRUMP INTERNATIONAL BEACH RESORT,

    Defendants.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Sonesta Hotels of Florida, Inc. d/b/a Trump International Beach Resort, ("Sonesta"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby files its certificate of interested persons and corporate disclosure statement and states as follows:

1.     The parent corporation of Defendant Sonesta is Sonesta International Hotels Corp., a publicly-traded corporation incorporated in the state of New York.

2.     Sonesta International Hotels Corp. owns more than 10% of Defendant Sonesta's stock.

3.     Sonesta is not aware of any actual or potential conflict of interest involving either District Judge King or Magistrate Judge Garber, but will immediately notify the Court in writing upon learning of any such conflict.

Dated: January 15, 2008  
Miami, Florida

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER  
ALHADEFF & SITTERSON, P.A.  
*Attorneys for Defendant*  
150 West Flagler Street, Suite 2200  
Miami, FL 33130  
Telephone: 305.789.3200  
Facsimile: 305.789.3395

By:    s/Robert S. Turk  
Robert S. Turk, Esq.  
Florida Bar No. 261343  
E-Mail: **rturk@swmwas.com**  
Arturo J. Fernandez, Esq.  
Florida Bar No. 723657  
E-Mail: afernandez@swmwas.com

2  
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.  
Museum Tower ▪ 150 West Flagler Street ▪ Miami, FL 33130 ▪ 305-789-3200

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         s/Robert S. Turk

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street ▪ Miami, FL 33130 ▪ 305-789-3200

## SERVICE LIST

Jason S. Remer, Esquire
E-mail: jremer@rgpattorneys.com
Remer & Georges-Pierre, P.A.
100 Biscayne Boulevard, Suite 2800
Miami, Florida 33132
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

Attorneys for Plaintiffs, Michelle Jean and Nazilia Pierre

4

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street ▪ Miami, FL 33130 ▪ 305-789-3200