UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 08-20057-CIV-KING/GARBER

MICHELLE JEAN and
NAZILIA PIERRE, and other similarly-situated individuals,

    Plaintiffs,

vs.

SONESTA HOTELS OF FLORIDA, INC.
d/b/a TRUMP INTERNATIONAL BEACH RESORT,

    Defendants.
_____/

## JOINT MOTION TO SUBSTITUTE DEFENDANT

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Plaintiffs Michelle Jean and Nazilia Pierre ("Plaintiffs") and Defendant Sonesta Hotels of Florida, Inc. ("Sonesta") d/b/a Trump International Beach Resort ("Defendant"), move this court for an order granting the substitution of INTERNATIONAL RESORTS MANAGEMENT GROUP, LLC ("International Resorts") d/b/a Trump International Beach Resort for Defendant Sonesta Hotels of Florida, Inc. d/b/a Trump International Beach Resort. As grounds for this motion, the Parties state as follows:

    1.    During the time period Plaintiffs worked at the Trump Resort, the Sonesta acted as the management company managing the Resort and directing the work of its employees.

    2.    On April 1, 2008, however, the management agreement governing the Sonesta's business relationship with the Resort expired.

    3.    As of that date, International Resorts became the Resort's new management company and assumed responsibility over the management of the Resort and its employees. Additionally, International Resorts has agreed to furnish the settlement proceeds due to Plaintiff

Michelle Jean under the parties' Settlement Agreement and General Release. Therefore, International Resorts should substitute the Sonesta as a party defendant in this Action. Counsel for the Defendant shall remain unchanged.

WHEREFORE, Plaintiffs Michelle Jean and Nazilia Pierre and Defendant Sonesta Hotels of Florida, Inc. d/b/a Trump International Beach Resort respectfully request that the Court enter an Order (i) granting the substitution of INTERNATIONAL RESORTS MANAGEMENT GROUP, LLC. d/b/a Trump International Beach Resort for Sonesta Hotels of Florida, Inc. d/b/a Trump International Beach Resort (a proposed order is attached as Exhibit "A"); (ii) instructing the Clerk of Court to make all applicable substitutions on the Court docket and applicable pleadings; and (iii) any such other and further relief the Court deems equitable and just.

Dated: July 2, 2008                              Respectfully submitted,

s/Jason S. Remer                                 s/Arturo J. Fernandez
JASON S. REMER (Fla. Bar No. 0165580)            ROBERT S. TURK (Fla. Bar No. 261343)
jremer@rgpattorneys.com                          rturk@swmwas.com
REMER & GEORGES-PIERRE, P.A.                     ARTURO J. FERNANDEZ (Fla. Bar No. 723657)
100 N. Biscayne Boulevard                        afernandez@swmwas.com
Suite 2800                                       STEARNS WEAVER MILLER WEISSLER
Miami, Florida 33132                               ALHADEFF & SITTERSON, P.A.
Telephone: 305-416-5000                          Museum Tower, Suite 2200
Facsimile: 305-416-5005                          150 West Flagler Street
                                                 Miami, Florida 33130
                                                 Telephone: 305-789-3200
**Attorney for Plaintiffs**                      Facsimile: 305-789-3395

                                                 **Attorneys for Defendant**