UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 08-20057-CIV-KING/GARBER

MICHELLE JEAN and
NAZILIA PIERRE, and other similarly-situated individuals,

    Plaintiffs,

vs.

SONESTA HOTELS OF FLORIDA, INC.
d/b/a TRUMP INTERNATIONAL BEACH RESORT,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Michelle Jean ("Jean") and Nazilia Pierre ("Pierre") and Defendant International Resorts Management Group, LLC d/b/a Trump International Beach Resort ("Defendant"), by and through undersigned counsel, hereby advise the Court that they have reached agreement with respect to settlement of the above-captioned action. The Parties will be filing a Joint Motion for Settlement Approval of the terms of settlement and respectfully request that the Court maintain jurisdiction over this action until the Joint Motion for Settlement Approval is filed and an Order of Dismissal With Prejudice is entered.

Due to a change in management at the Trump International Beach Resort, however, the Parties are simultaneously filing a Joint Motion to Substitute Defendant, substituting International Resorts Management Group, LLC. for the Sonesta Hotels of Florida, Inc.

Dated: July 2, 2008                                  Respectfully submitted,

s/Jason S. Remer                                     s/Arturo J. Fernandez
JASON S. REMER (Fla. Bar No. 0165580)                ROBERT S. TURK (Fla. Bar No. 261343)
jremer@rgpattorneys.com                              rturk@swmwas.com
REMER & GEORGES-PIERRE, P.A.                         ARTURO J. FERNANDEZ (Fla. Bar No. 723657)
100 N. Biscayne Boulevard                            afernandez@swmwas.com
Suite 2800                                           STEARNS WEAVER MILLER WEISSLER
Miami, Florida 33132                                    ALHADEFF & SITTERSON, P.A.
Telephone: 305-416-5000                              Museum Tower, Suite 2200
Facsimile: 305-416-5005                              150 West Flagler Street
                                                     Miami, Florida 33130
                                                     Telephone: 305-789-3200
**Attorney for Plaintiffs**                          Facsimile: 305-789-3395

                                                     **Attorneys for Defendant**